Judge: Christopher M. Alston
Chapter: 13
Hearing Date: March 26, 2026
Hearing Time: 9:30 AM
Hearing Location:
Judge Alston's Courtroom
700 Stewart St #7206
Seattle, WA 98101
Response Date: March 19, 2026

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br>WALTER DANIEL HUDSON and ANDY MITCHELL CORNELIUS,<br><br>Debtors. | IN CHAPTER 13 PROCEEDING<br>No. 20-12703-CMA<br><br>RESPONSE TO OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE |

Jason Wilson-Aguilar, Chapter 13 Trustee, responds to the debtors' Objection to Notice of Mortgage Payment Change (ECF No. 64) to raise the following issue:

(1) The proposed order included with the motion (ECF No. 64-2) provides in the first paragraph: "The Payment Change for NewRez, LLC's Mortgage Payment Change (Dkt No. 58) is denied and shall remain at the monthly amount of $2,510.28 until any new increase is substantiated." This provision is unclear and causes issues for the Trustee's administration of the plan. For example, it is unclear what triggering event would "substantiate" and make effective the latest plan payment increase.

The Trustee reserves the right to assert additional bases for his response.

WHEREFORE, the Chapter 13 Trustee requests that the Court take such action as it deem appropriate in light of the foregoing.

Dated: March 19, 2026

*/s/ Emily A. Jarvis*, WSBA #41841 for
Jason Wilson-Aguilar
Chapter 13 Trustee

RESPONSE TO OBJECTION TO NOTICE
OF MORTGAGE PAYMENT CHANGE - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282